# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA

v                                             CASE NO: 5:21-mj-1009-PRL

MICHAEL CURZIO

AUSA: William S. Hamilton
Deft. Atty.: Christine Bird (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | January 14, 2021<br>4:38 pm -5:05 pm<br>27 minutes |
|---|---|---|---|
| DEPUTY CLERK | Mari Jo Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not required | PRETRIAL/PROBATION: | Megan Martin, Bryan Coomer |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Defendant arrested on a Criminal Complaint from the District of Columbia. Their case number: 1:12-mj-12

Case called, appearances made, procedural settings by the Court. All parties and counsel are appearing via video pursuant to the authority granted by the Court pursuant to the Administrative Orders entered in 8:20-mc-25 regarding the CARES Act. Court confirms with both the defendant and defense counsel consent to appear via video for this hearing.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Asst. Federal Public Defender Christine Bird with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Court advises defendant of Rule 20 rights.

Government orally moves for detention.

At request of the originating district, the Government requests to schedule a remote hearing in the District of Columbia Court for the defendant on this charge preferably before the resolution of the detention or preliminary examination hearing.

Defendant reserves his rights as to any hearings he is entitled to and requests a continuance in order to possibly retain counsel.

This initial appearance will reconvene on Tuesday, January 19th at 3:30 pm.

**ORDER OF TEMPORARY DETENTION ENTERED.**

The Court advises the defendant that if that if more information is learned as to the setting of a hearing with the District of Columbia, that the information would be conveyed to Ms. Bird.