# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA

v                      CASE NO: 5:20-mj-1009-PRL

MICHAEL THOMAS CURZIO (#2)

## ORDER OF TEMPORARY DETENTION

The Rule 5 Initial Appearance is continued and scheduled for the following:

| **Place:** United States Courthouse 207 N.W. Second Street Ocala, Florida 34475 | **Courtroom No:** Virtual |
|---|---|
| | **Date and Time:** January 19, 2021 at 3:30 P.M. |

**IT IS ORDERED:** Counsel requested additional time for the defendant to potentially retain counsel. The defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 14, 2021

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

Counsel of Record
United States Marshal
United States Pretrial Services