# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO: 5:21-mj-1009-PRL

**MICHAEL CURZIO**

AUSA: William S. Hamilton
Deft. Atty.: Christine Bird (FPD)

| Judge | Philip R. Lammens | Date and Time | January 19, 2021 3:53 pm - 4:46 pm 53 minutes |
|---|---|---|---|
| Deputy Clerk | Mari Jo Taylor | Tape/Reporter | DIGITAL |
| Interpreter | Not required | Pretrial/Probation: | Megan Martin |

## CLERK'S MINUTES – (Reconvene) INITIAL APPEARANCE (Rule 5c)

Case called, appearances made, procedural settings by the Court. All parties and counsel are appearing via video pursuant to the authority granted by the Court pursuant to the Administrative Orders entered in 8:20-mc-25 regarding the CARES Act. Court confirms with both the defendant and defense counsel consent to appear via video for this hearing.

Defendant was arrested on 01/14/21 for Criminal Complaint from the District of Columbia. An initial appearance was held and the defendant, through court appointed counsel, requested a continuance in order to retain private counsel and reserved his rights as to any hearings he was entitled to. The Government moved for the defendant's detention.

The district of Columbia has since filed an Information. Their case number is 1:21-mj-12.

Defendant advised of rights, charges, penalties, etc...

The defendant was previously advised of Rule 20 rights.

Defendant advises that they are prepared to go forward with the detention hearing.

Government proffers.

Defendant responds.

Court remands defendant back to the custody of the U.S. Marshal to be transported to the District of Columbia.

**COMMITMENT TO ANOTHER DISTRICT TO ENTER.**